IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-202 |
| | ) |
| MARK YARBROUGH, JR. | ) JUDGE LANCASTER |
| | ) |
| | ) ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, to-wit, this \_\_\_11th\_\_\_ day of \_\_\_July\_\_\_, 2006, upon consideration of the foregoing Motion to Appoint Investigator, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED;

It is FURTHER ORDERED that the fees for the investigation shall not exceed One Thousand Dollars ($1000.00) unless approved by further order of court;

_____ J.
BY THE COURT