IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-202 |
| ) | |
| MARK YARBROUGH, JR. ) | JUDGE LANCASTER |
| ) | |
| ) | ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this 11th day of July, 2006, upon consideration of the foregoing Motion to Appoint Law Clerk, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED;

It is FURTHER ORDERED that the fees for a law clerk shall not exceed One Thousand Dollars ($1000.00) unless approved by further order of court;

_____ J.
BY THE COURT