```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
         v.                  ) Criminal No. 06-202
                             )
MARK BRADFORD YARBROUGH,     )
JR.,                         )
     Defendant.              )
```

                              ORDER

AND NOW, this 7th day of February, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 6, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, March 2, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      Arnold I. Klein, Esquire
      1113 Manor Complex
      564 Forbes Avenue
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation