IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-202 |
| | ) |
| MARK BRADFORD YARBROUGH, JR. | ) |
| a/k/a Young | ) |

<u>O R D E R</u>

AND NOW, to wit, this 7th day of Sept, 2007, the within motion is granted, and it is hereby ORDERED that Indictment Criminal No. 06-202 against Mark B. Yarbrough, Jr., be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
U.S. Attorney
U.S. Marshals
Pretrial Services